[No. 3845–9–III.   Division Three.   March 5, 1981.]

*In the Matter of the Arbitration of*
JOE BRANTINGHAM, *Appellant*, v.
JIM MORRISON, *Respondent*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 79–2–02501–1, Howard Hettinger, J.,
entered February 27, 1980. *Affirmed in part* and *reversed
in part* by unpublished opinion per Roe, J., concurred in by

McInturff, C.J., and Munson, J.